In the Matter of the Claim of CHARLES BADLER, Appellant, against HENRY KRAKOFF et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.

Argued January 13, 1948; decided March 11, 1948.

*Abraham Markhoff* for appellant.

*Nathaniel L. Goldstein, Attorney-General* (*Gilbert M. Landy* and *Roy Wiedersum* of counsel), for Workmen's Compensation Board, respondent.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.